## Ciaffoni, Appellant, *v.* Ford.

Argued November 11, 1970. *James H. McConomy,* with him *Reed, Smith, Shaw & McClay,* for appellant; *Robert L. Ceisler,* for appellee.

Judgment affirmed.